MICROTUNE (TEXAS), L.P.,
Plaintiff–Appellee,

v.

BROADCOM CORPORATION,
Defendant–Appellant.

Microtune (Texas), L.P.,
Plaintiff–Appellant,

v.

Broadcom Corporation, Defendant–
Appellee.

No. 03–1620, 03–1651.

United States Court of Appeals,
Federal Circuit.

March 9, 2004.

ON MOTION

*ORDER*

Upon consideration of Microtune (Texas), L.P.'s unopposed motion to voluntarily dismiss its appeal in 03–1651,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) The revised official caption in 03–1620 is reflected above.